# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HANCOCK FABRICS, INC., *et al.*, | : | Case No. 07-10353 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case as proposed counsel to the Official Committee of Unsecured Creditors of Hancock Fabrics, Inc., *et al.*, and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Mark Minuti, Esq.
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
E-mail: mminuti@saul.com

Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
**COOLEY GODWARD KRONISH LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone:  (212) 479-6000
Facsimile:    (212) 479-6275
Email: jindyke@cooley.com
        chershcopf@cooley.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

546661.1 4/10/07

/s/ Mark Minuti
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

-and-

Jay R. Indyke
Cathy Hershcopf
**COOLEY GODWARD KRONISH LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: jindyke@cooley.com
chershcopf@cooley.com

Proposed Counsel for the Official Committee of
Unsecured Creditors of Hancock Fabrics, Inc., *et al.*

Dated: April 10, 2007