# NOTICE OF CLAIMS PURCHASE AGREEMENT

City Of Lake Charles Water Div, a(n) _division of city of Lake Charles, a_ (State of Incorporation), _Municipality_ (Entity Type), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **BLUE HERON MICRO OPPORTUNITIES FUND LLP**, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$83.16** (proof of claim amount, defined as the "Claim") against **Hancock Fabrics, Inc.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **07-10353** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _18_ day of _June_, 2008.

WITNESS _Linda Breaux_
(Signature)
_Linda Breaux, Adm. Assistant_
(Print Name and Title of Witness)

_City of Lake Charles_
(Company Name)
_Karen Harrell_
(Signature of Corporate Officer)
_Karen Harrell  City of Lake Charles_
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**
_____
(Signature of Corporate Officer)
_David P. Tonner  Claims Director_
(David P. Tonner, Director)

**Exhibit "A"**