## NOTICE OF CLAIMS PURCHASE AGREEMENT

**Greene County Sanitary Engineering Dept.**, a(n)   , its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **BLUE HERON MICRO OPPORTUNITIES FUND LLP**, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$204.05** (proof of claim amount, defined as the "Claim") against **Hancock Fabrics, Inc.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 07-10353** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement GREENE COUNTY and representative dated the __25__ day of __June__, 2008.

GREENE COUNTY
SANITARY ENGINEERING DEPARTMENT
667 DAYTON-XENIA RD.
XENIA, OHIO 45385-2665

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

(Company Name)
_Virginia A Sharp_
(Signature of Corporate Officer)

_Virginia A Sharp - Chief Billing Clerk_
(Print Name and Title of Corporate Officer)

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**

WITNESS _____
(Signature)

_____
(Signature of Fund Representative)

_David P Tonne - Claim Director_
(Print Name, Blue Heron Micro Opportunities Fund LLP)

## Exhibit "A"